UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE BRADLEY,

    Petitioner,

v.

GLORIA HENRY, Warden,

    Respondent.

_____ /

No. C 03-3034 PJH

**ORDER**

    Mandate having issued June 11, 2008, and filed in this court on June 20, 2008, the petition for habeas corpus is GRANTED in accordance with the Ninth Circuit Court of Appeal's December 19, 2007 decision reversing this court's earlier denial of said petition. The respondent shall release petitioner from custody unless the state commences proceedings to retry petitioner within 120 days of the date of entry of this order.

    The clerk shall send an informational copy of this order to the district attorney of Sonoma County, in addition to the usual service on counsel of record.

    **IT IS SO ORDERED.**

Dated: June 27, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge